UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEANIE HICKS, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-1661 |
| CENLAR FSB, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment (Doc. #18). The Court finds that the Motion does not comply with Rule B.5 of this Court's Procedures and Practices. Specifically, motions may not exceed twenty pages in length, including the case style, any table of contents or authorities, and signature block. Additionally, a party may not file a motion and separate "Brief in Support." The motion itself must include the party's argument supporting the relief it seeks. Accordingly, it is hereby ORDERED that Defendant's Motion for Summary Judgment be STRICKEN from the record.

It is so ORDERED.

MAY 09 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge