UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JEANIE HICKS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-1661 |
| | § | |
| **CENLAR FSB,** | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Shelley L. Hopkins, hereby notifies the Court that she is entering an appearance as co-counsel for Cenlar FSB, Defendant in the above-entitled and numbered cause. Please forward all notices and pleadings to the undersigned counsel to listed below:

Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Respectfully submitted,

By: /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
SD ID No. 92646
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP – *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Crystal G. Gibson – *Attorney-in-Charge*
State Bar No. 24027322
SD ID NO. 706039
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
CrystalR@bdfgroup.com

**ATTORNEYS FOR DEFENDANT CENLAR FSB**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA E-SERVICE:***
Jeanie Hicks
4403 Ebbtide Drive
Houston, Texas 77045
jhicks4403@gmail.com
**PRO SE PLAINTIFF**

/s/ *Shelley L. Hopkins*
Shelley L. Hopkins