United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEANIE HICKS<br>Plaintiff,<br><br>v.<br><br>CENLAR FSB,<br>Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:20-cv-1661<br>§<br>§<br>§ |

## ORDER TO STAY PRETRIAL ORDER
## DEADLINE, DOCKET CALL AND TRIAL DATE

After considering Defendant Cenlar, FSB's ("Defendant") Motion to Stay Stay Pretrial Order Deadline, Docket Call and Trial Date (the "Motion"), the Court GRANTS the Motion.

IT IS ORDERED that this proceeding is stayed until such time as the Court rules on Defendant's Motion for Summary Judgment.

SEP 2 2 2021
Date

_____
The Honorable Alfred H. Bennett
United States District Judge