United States District Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEANIE HICKS, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-1661 |
| | § § | |
| CENLAR FSB, | § § | |
| Defendant. | § | |

## ORDER

All pending motions in this case are HEREBY REFERRED to United States Magistrate Judge Frances Stacy for a memorandum and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

It is so ORDERED.

OCT 2 1 2021
Date

The Honorable Alfred H. Bennett
United States District Judge