United States Courts
Southern District of Texas
FILED

FEB 15 2022

Nathan Ochsner, Clerk of Court

February 14, 2022

Ms. Jeanie M. Hicks
4403 Ebbtide Dr.
Houston, TX 77045

Honorable Frances H. Stacy
United States Magistrate Judge
United District Court

Case Number 4:20-cv-01661
Notice Number: 20211129

Dear Honorable Frances Stacy:

In following up on the promise to send attachments to my previously submitted letter dated December 15, 2021, I have attached the following documents. The reason for the delay is my father, aged 104, was in my daily care for the past year (taking him to the hospital, doctor's appointments, everyday care and finally admitting him to a nursing home facility). Two weeks later, he passed away January 11, 2022, which further compounded the delay of sending the attachments due to making funeral arrangements, etc.

Also, another reason you have not heard from me is because the (3) court hearings that were set were virtually scheduled on Zoom, but because of technical difficulties, I could see the Judge Alfred Bennett and courtroom guests, but I could not hear them and they could not hear me. I called the District Clerk's office the find out what I needed to do, she explained that they would get in touch with me and set another hearing.

However, I am enclosing the attached documents for your review and to substantiate my claim:

1. That I do not owe the amount of $9,052.67 in property taxes;
2. I did not receive the remainder taken from the $15,000 loan after taxes were taken out in the amount of $5,285.66, as stated in the contract;
3. That Commonwealth Title Company nor Chesapeake were in attendance at the closing to insure that each party receive their portion of the money. There was an attorney there, but he signed off on representing the transition;
4. I am including noncompliance of several items identified in the "Notice of My Rights under the Texas Constitution governed by Section 50, Article XVI, of the Texas Constitution;
5. Correspondence from the Harris County Tax Office stating that there was an error made on my taxes and I would be receiving reimbursement, but never did;
6. Receipts from the Tax Assessor-Collector Office of owed amounts during years 2002 & 2004, which were the years I was being sued.

Now, I have been served a Notice by Israel Saucedo, BDI Group Attorneys to sell my home at an auction on March 1, 2022, which was not properly sent to me. I received the notice in regular mail 2 weeks later than the date stated on the notice. Since I have been through this process at least 4 times, I do know that a Certified Letter of Notice with signatures has to be sent to me and that the Notice has to go through the proper channels before a sale can be executed.

**Hicks, Jeanie M.**

**From:** ismoses@pdq.net
**Sent:** Thursday, March 09, 2006 3:30 PM
**To:** Hicks, Jeanie M.
**Subject:** Loan Closing Scheduled

We have a closing scheduled for Tuesday, March 14, at 2:00PM, at Commonwealth Title at 1080 West Sam Houston Parkway, suite 113, Houston, TX 77043. The closer is Rob Stewart. You need to get **there 30 minutes ahead of time, or 1:30 PM,** in case he wants to start early, as they are fully booked; if we miss this time we would have to wait until the next week, so you can see they are busy. Please reply that you received this note.

Please go to www.mapquest.com for driving map and route.

*Commonwealth was not at the closing.* JH

713-465-0139

3/10/2006



JEANIE M. HICKS

# GOOD FAITH ESTIMATE - RESPA

LENDER: Citicorp Trust Bank, fsb

ESTIMATED LOAN AMOUNT: $ 15,000.00

4000 Regent Blvd, 3rd Floor, Mail Stop N3B-340, Irving, TX 75063

03/09/2006

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement which you will be receiving at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost for items paid at settlement.

| NUMBERS FROM HUD-1 FORM | DESCRIPTION OF CHARGES | P.O.C. | ESTIMATED AMOUNT OR RANGE |
|---|---|---|---|
| 0800 | ITEMS PAYABLE IN CONNECTION WITH LOAN: | | |
| 0801 | Loan Origination Fee* | | |
| 0802 | Loan Discount 1.500% | | 221.67 |
| 0803 | Appraisal Fee to Chesapeake Appraisal Services | 420.00 | 90.00 |
| 0810 | Mortgage Broker Fee Paid by Lender To PFSHMI | 357.90 | |
| 0811 | Processing Fee to CTB | 250.00 | |
| 0900 | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | |
| 0901 | Interest | | |
| 1000 | RESERVES DEPOSITED WITH LENDER: | | |
| 1001 | Hazard Insurance Escrow | | |
| 1002 | Mortgage Insurance Escrow | | |
| 1003 | City Property Tax Escrow | | |
| 1004 | County Property Tax Escrow | | |
| 1005 | Annual Assessments | | |
| 1006 | Flood Insurance Escrow | | |
| 1100 | TITLE CHARGES: | | |
| 1101 | Settlement or Closing Fee to Tetrs, LLC | 375.00 | |
| 1103 | Title Examination, Abstract, Property Report to Chesapeake Appraisal Services | | 175.00 |
| 1105 | Document Preparation | | |
| 1106 | Notary Fees | | |
| 1107 | Attorney Fees To to PIERSON PATTERSON | | 125.00 |
| 1108 | Title Insurance/ Title Premium Fees | | |
| 1111 | TX Guaranty Fee | | |
| 1200 | GOVERNMENT RECORDING AND TRANSFER CHARGES: | | |
| 1201 | Recording Fees to TETRS | 75.00 | 50.00 |
| 1202 | City/County Tax/Stamps | | |
| 1203 | State Tax Stamps | | |
| 1300 | ADDITIONAL SETTLEMENT CHARGES: | | |

Original (Branch)   Copy (Customer)

GF29143-22  6/2005  (06/23/2005)   [Application No: 000034323977   Account No: 2001399480]

CitiMortgage

*[Handwritten: 10/24/17 Spoke to Loy HC re: refund 713-274-8000 Christina Torres HC Tax Office 713-368-2219 fax]*

www.citimortgage.com

May 19, 2016

JEANIE M HICKS
4403 EBBTIDE DR
HOUSTON, TX 77045-4219

Dear CitiMortgage Customer:

This letter is a correction to the letter sent May 16, 2016. Please disregard your previous letter and review the information below.

During a recent review of your account, we were notified by your tax collector that a refund was issued directly to you for parcel 0861250000007 from Harris County in the amount of $3,085.56.

If you have any further questions, you may visit our website at www.citimortgage.com or access our Automated Account Information Line, which is available 24 hours a day at 1-800-283-7918*. Representatives are available Monday through Friday from 8:00 a.m. to 10:00 p.m., ET, and Saturday from 8:00 a.m. to 6:00 p.m., ET. To access TTY Services, dial 711 from the United States or Dial 1-866-280-2050 from Puerto Rico. When you contact us, please refer to your mortgage account number, 2001399480.

We value your business and look forward to serving your financial needs in the future.

Sincerely,

Tax Department

To the extent your obligation has been discharged, or is subject to an automatic stay of bankruptcy order under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or an attempt to collect any such obligation.


*[Handwritten: Did not receive refund]*

© 2015 CitiMortgage, Inc. CitiMortgage, Inc. is an equal housing lender. *Calls are randomly monitored and recorded for quality assurance. CitiMortgage is a debt collector and any information obtained will be used for that purpose.

## ATTORNEY FEE AND REPRESENTATION STATEMENT

Loan No.: 000034323977                                    Date: 03/14/2006

Borrower(s)/Property:   JEANIE M. HICKS

Various legal instruments and loan documentation involved in the above referenced loan and real property transaction have been prepared and reviewed for Citicorp Trust Bank, fsb ("Lender") by an attorney or attorneys (the "Attorney") licensed to practice law in the State of Texas. The Attorney is not a salaried employee of the Lender.

1. The Attorney has acted as counsel only to Lender and not to Borrowers;

2. The Attorney has not in any manner undertaken to assist or render legal advice to the undersigned Borrowers with respect to this loan or with respect to any of the documents or instruments being executed in connection with this loan;   *Rob Stewart*

3. Borrowers are free to retain Borrowers' own counsel to advise Borrowers regarding this loan or to review and render advice concerning any of the documents and instruments being executed in connection with this loan; and

4. Borrowers are obligated by Borrowers' agreements with Lender to pay Lender's legal fees incurred in connection with the preparation and review of the legal instruments and loan documentation in connection with this loan transaction. The amount of these legal fees will be disclosed to Borrowers in one or more of the documents involved with this loan.

Each Borrower hereby acknowledges receiving and reading this statement, and by their signatures below, each Borrower affirms the acknowledgements stated above.

(When the context requires, plural nouns and pronouns include the singular.)

Borrowers: *Jeanie M. Hicks*                     Date: 3/14/06
JEANIE M. HICKS

TX 29872-1  1/98    Application No. 000034323977    Account No. 2001399480

*[handwritten at top: Title Company was not present.]*

# GOOD FAITH ESTIMATE - RESPA

\* This fee is a cost of the credit extension and does not provide a benefit to the borrower.
These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA).

**THIS SECTION TO BE COMPLETED BY LENDER ONLY IF A PARTICULAR PROVIDER OF SERVICE IS REQUIRED**
Listed below are providers of service which we require you use. The charges or range indicated in the Good Faith Estimate above are based upon the corresponding charge of the below designated providers.

| ITEM # | SERVICE PROVIDED | PROVIDER'S NAME AND ADDRESS | TELEPHONE # | RELATIONSHIP |
|---|---|---|---|---|
| 0803 | Appraisal Fee | Chesapeake Appraisal Services, 7090 Samuel Morse Dr. Columbia, MD 21046 | (800) 422-7771 | [X] YES [ ] NO |
| 1101 | Settlement or Closing Fee | Tetrs, LLC, 610 Dallas Drive Denton, TX 76205 | (940) 565-0081 | [ ] YES [X] NO |
| 1103 | Title Examination, Abstract, Property Report | Chesapeake Appraisal Services, 7090 Samuel Morse Dr. Columbia, MD 21046 | (800) 422-7771 | [X] YES [ ] NO |
| 1107 | Attorney Fees To | PIERSON PATTERSON | | [ ] YES [X] NO |
| 1201 | Recording Fees | TETRS | | [ ] YES [X] NO |

Unless a title or appraisal service provider is identified above, Lender will require a particular provider from a lender-controlled list and the range of costs for the required provider(s) are shown above.

Any relationship which exists between lender and provider of service is based solely on the repeated use of that provider during the last twelve months, except in the case of Chesapeake Appraisal and Settlement Services who is an associate of Lender. Chesapeake's service may not be available in all states. You may inquire of Lender regarding its services in your state.

RIGHT TO RECEIVE A COPY OF AN APPRAISAL: If an appraisal report is obtained in connection with your application for credit, you are entitled to a copy of the appraisal provided you have paid or are willing to pay for the appraisal. A request for a copy of the appraisal must be submitted in writing to the Lender, at the address shown above, within 90 days of the date on which you are notified about the action taken on your credit application or, if you withdraw your application, within 90 days of the withdrawal.

You should be aware that the overall cost of refinancing an existing loan balance may be greater than the cost of keeping the existing loan and obtaining a second loan for any additional funds you wish to borrow.

The undersigned acknowledges receipt of this Good Faith Estimate of Charges, that there may be other lenders and affiliates offering services similar to Lender's, and that Lender has encouraged Applicant to compare Lender's loan services and pricing with others.

_____
*[signature: Jeanie M. Hicks]*
JEANIE M. HICKS

_____

Date Prepared January 24, 2006

# NOTICE CONCERNING EXTENSIONS OF CREDIT

DEFINED BY SECTION 50(a)(6), ARTICLE XVI, TEXAS CONSTITUTION:

SECTION 50(a)(6), ARTICLE XVI, OF THE TEXAS CONSTITUTION ALLOWS CERTAIN LOANS TO BE SECURED AGAINST THE EQUITY IN YOUR HOME. SUCH LOANS ARE COMMONLY KNOWN AS EQUITY LOANS. IF YOU DO NOT REPAY THE LOAN OR IF YOU FAIL TO MEET THE TERMS OF THE LOAN, THE LENDER MAY FORECLOSE AND SELL YOUR HOME. THE CONSTITUTION PROVIDES THAT:

(A) THE LOAN MUST BE VOLUNTARILY CREATED WITH THE CONSENT OF EACH OWNER OF YOUR HOME AND EACH OWNER'S SPOUSE;

(B) THE PRINCIPAL LOAN AMOUNT AT THE TIME THE LOAN IS MADE MUST NOT EXCEED AN MOUNT THAT, WHEN ADDED TO THE PRINCIPAL BALANCES OF ALL OTHER LIENS AGAINST YOUR HOME, IS MORE THAN 80% OF THE FAIR MARKET VALUE OF YOUR HOME;

(C) THE LOAN MUST BE WITHOUT RECOURSE FOR PERSONAL LIABILITY AGAINST YOU AND YOUR SPOUSE UNLESS YOU OR YOUR SPOUSE OBTAINED THIS EXTENSION OF CREDIT BY ACTUAL FRAUD;

(D) THE LIEN SECURING THE LOAN MAY BE FORECLOSED UPON ONLY WITH A COURT ORDER;

(E) FEES AND CHARGES TO MAKE THE LOAN MAY NOT EXCEED 3% OF THE LOAN AMOUNT;

(F) THE LOAN MAY NOT BE AN OPEN-END ACCOUNT THAT MAY BE DEBITED FROM TIME TO TIME OR UNDER WHICH CREDIT MAY BE EXTENDED FROM TIME TO TIME UNLESS IT IS A HOME EQUITY LINE OF CREDIT;

(G) YOU MAY PREPAY THE LOAN WITHOUT PENALTY OR CHARGE;

(H) NO ADDITIONAL COLLATERAL MAY BE SECURITY FOR THE LOAN;

(I) THE LOAN MAY NOT BE SECURED BY AGRICULTURAL HOMESTEAD PROPERTY, UNLESS THE AGRICULTURAL HOMESTEAD PROPERTY IS USED PRIMARILY FOR THE PRODUCTION OF MILK;

(J) YOU ARE NOT REQUIRED TO REPAY THE LOAN EARLIER THAN AGREED SOLELY BECAUSE THE FAIR MARKET VALUE OF YOUR HOME DECREASES OR BECAUSE YOU DEFAULT ON ANOTHER LOAN THAT IS NOT SECURED BY YOUR HOME;

(K) ONLY ONE LOAN DESCRIBED BY SECTION 50(a)(6), ARTICLE XVI, OF THE TEXAS CONSTITUTION MAY BE SECURED WITH YOUR HOME AT ANY GIVEN TIME;

(L) THE LOAN MUST BE SCHEDULED TO BE REPAID IN PAYMENTS THAT EQUAL OR EXCEED THE AMOUNT OF ACCRUED INTEREST FOR EACH PAYMENT PERIOD;

(M) THE LOAN MAY NOT CLOSE BEFORE 12 DAYS AFTER YOU SUBMIT A WRITTEN APPLICATION TO THE LENDER OR BEFORE 12 DAYS AFTER YOU RECEIVE THIS NOTICE, WHICHEVER DATE IS LATER; AND IF YOUR HOME WAS SECURITY FOR THE SAME TYPE OF LOAN WITHIN THE PAST YEAR, A NEW LOAN SECURED BY THE SAME PROPERTY MAY NOT CLOSE BEFORE ONE YEAR HAS PASSED FROM THE CLOSING DATE OF THE OTHER LOAN;

(N) THE LOAN MAY CLOSE ONLY AT THE OFFICE OF THE LENDER, TITLE COMPANY, OR AN ATTORNEY AT LAW;

(O) THE LENDER MAY CHARGE ANY FIXED OR VARIABLE RATE OF INTEREST AUTHORIZED BY STATUTE;

(P) ONLY A LAWFULLY AUTHORIZED LENDER MAY MAKE LOANS DESCRIBED BY SECION 50(a)(6), ARTICLE XVI, OF THE TEXAS CONSTITUTION;

(Q) LOANS DESCRIBED BY SECTION 50(a)(6), ARTICLE XVI, OF THE TEXAS CONSTITUTION MUST:

(1) NOT REQUIRE YOU TO APPLY THE PROCEEDS TO ANOTHER DEBT EXCEPT A DEBT THAT IS SECURED BY YOUR HOME OR OWED TO ANOTHER LENDER;

(2) NOT REQUIRE THAT YOU ASSIGN WAGES AS SECURITY;

(3) NOT REQUIRE THAT YOU EXECUTE INSTRUMENTS WHICH HAVE BLANKS LEFT TO BE FILLED IN;

(4) NOT REQUIRE THAT YOU SIGN A CONFESSION OF JUDGMENT OR POWER OF ATTORNEY TO ANOTHER PERSON TO CONFESS JUDGMENT OR APPEAR IN A LEGAL PROCEEDING ON YOUR BEHALF;

(5) PROVIDE THAT YOU RECEIVE A COPY OF ALL DOCUMENTS YOU SIGN AT CLOSING;

Application No. 000034323977      Account No.

TX 29830-5  9/2003                       Original (Branch)                              Page 1 of 2

By the way, this BFI Group is the same set of attorneys who sold my home, despite and ignoring the court of law.

Please accept these documents and make your judgement based on the proof I have sent to you.

Respectfully submitted,

*Jeanie M. Hicks*
Jeanie Hicks

Attachments

Cc: Nathan Ochsner, Clerk

(6) PROVIDE THAT THE SECURITY INSTRUMENTS CONTAIN A DISCLOSURE THAT THIS LOAN IS A LOAN DEFINED BY SECTION 50(a)(6), ARTICLE XVI, OF THE TEXAS CONSTITUTION;

(7) PROVIDE THAT WHEN THE LOAN IS PAID IN FULL, THE LENDER WILL SIGN AND GIVE YOU A RELEASE OF LIEN OR AN ASSIGNMENT OF THE LIEN, WHICHEVER IS APPROPRIATE;

(8) PROVIDE THAT YOU MAY, WITHIN 3 DAYS AFTER CLOSING, RESCIND THE LOAN WITHOUT PENALTY OR CHARGE;

(9) PROVIDE THAT YOU AND THE LENDER ACKNOWLEDGE THE FAIR MARKET VALUE OF YOUR HOME ON THE DATE THE LOAN CLOSES; AND

(10) PROVIDE THAT THE LENDER WILL FORFEIT ALL PRINCIPAL AND INTEREST IF THE LENDER FAILS TO COMPLY WITH THE LENDER'S OBLIGATIONS UNLESS THE LENDER CURES THE FAILURE TO COMPLY AS PROVIDED BY SECTION 50(a)(6)(Q)(x), ARTICLE XVI, OF THE TEXAS CONSTITUTION; AND

(R) IF THE LOAN IS A HOME EQUITY LINE OF CREDIT:

(1) YOU MAY REQUEST ADVANCES, REPAY MONEY, AND REBORROW MONEY UNDER THE LINE OF CREDIT;

(2) EACH ADVANCE UNDER THE LINE OF CREDIT MUST BE IN AN AMOUNT OF AT LEAST $4,000;

(3) YOU MAY NOT USE A CREDIT CARD, DEBIT CARD, SOLICITATION CHECK, OR SIMILAR DEVICE TO OBTAIN ADVANCES UNDER THE LINE OF CREDIT;

(4) ANY FEES THE LENDER CHARGES MAY BE CHARGED AND COLLECTED ONLY AT THE TIME THE LINE OF CREDIT IS ESTABLISHED AND THE LENDER MAY NOT CHARGE A FEE IN CONNECTION WITH ANY ADVANCE;

(5) THE MAXIMUM PRINCIPAL AMOUNT THAT MAY BE EXTENDED, WHEN ADDED TO ALL OTHER DEBTS SECURED BY YOUR HOME, MAY NOT EXCEED 80 PERCENT OF THE FAIR MARKET VALUE OF YOUR HOME ON THE DATE THE LINE OF CREDIT IS ESTABLISHED;

(6) IF THE PRINCIPAL BALANCE UNDER THE LINE OF CREDIT AT ANY TIME EXCEEDS 50 PERCENT OF THE FAIR MARKET VALUE OF YOUR HOME, AS DETERMINED ON THE DATE THE LINE OF CREDIT IS ESTABLISHED, YOU MAY NOT CONTINUE TO REQUEST ADVANCES UNDER THE LINE OF CREDIT UNTIL THE BALANCE IS LESS THAN 50 PERCENT OF THE FAIR MARKET VALUE; AND

(7) THE LENDER MAY NOT UNILATERALLY AMEND THE TERMS OF THE LINE OF CREDIT.

## ADDITIONAL NOTICE

THIS NOTICE IS ONLY A SUMMARY OF YOUR RIGHTS UNDER THE TEXAS CONSTITUTION. YOUR RIGHTS ARE GOVERNED BY SECTION 50, ARTICLE XVI, OF THE TEXAS CONSTITUTION, AND NOT BY THIS NOTICE.

I/WE ACKNOWLEDGE RECEIPT OF THIS NOTICE AT LEAST 12 DAYS PRIOR TO THE DATE ON WHICH THIS LOAN IS CLOSED.

_____    _____    _____    _____
JEANIE M. HICKS                   Date              Borrower                          Date
Borrower

**DUPLICATE TAX RECEIPT**



**ANN HARRIS BENNETT**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON, SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**
HICKS JEANIE M
4403 EBBTIDE DR
HOUSTON, TX  77045-4219

**Legal Description:**
LT 7 BLK 8
PAMELA HEIGHTS SEC 1

Parcel Address: 4403 EBBTIDE DR
Legal Acres: 0.0000

Remit Seq No: 11510414
Receipt Date: 09/01/1999
Deposit Date: 11/17/2004
Print Date: 09/03/2020 03:31 PM
Printed By: CTORRES

Deposit No: 04BH5810
Validation No: 11510414
Account No: **086-125-000-0007**
Operator Code: 0375

| Year | Tax Unit Name | Rec Type | Tax Value | Tax Rate | Levy Paid | P&I | Coll Fee Paid | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 | Harris County | TL | | 0.388140 | 0.68 | 0.00 | 0.00 | 0.68 |
| 2002 | Harris County Flood Control Dist | TL | | 0.041740 | 0.07 | 0.00 | 0.00 | 0.07 |
| 2002 | Port Of Houston Authority | TL | | 0.019890 | 0.03 | 0.00 | 0.00 | 0.03 |
| 2002 | Harris County Hospital District | TL | | 0.190210 | 0.33 | 0.00 | 0.00 | 0.33 |
| 2002 | H.C. Department Of Education | TL | | 0.006290 | 0.01 | 0.00 | 0.00 | 0.01 |
| 2002 | Houston Community College System | TL | | 0.081333 | 0.16 | 0.00 | 0.00 | 0.16 |
| 2002 | City Of Houston | TL | | 0.655000 | 1.14 | 0.00 | 0.00 | 1.14 |
| | | | | | **$2.42** | **$0.00** | **$0.00** | **$2.42** |

Check Number(s):
1300

Exemptions on this property:
CAPPED
OVER 65
HOMESTEAD

**PAYMENT TYPE:**
Checks: $2.42

Total Applied: $2.42

Change Paid: $0.00

Account No: 086-125-000-0007

*ACCOUNT PAID IN FULL*

Page 1 of 1
21.1.206

| Paul Bettencourt<br>Tax Assessor-Collector<br>P.O. BOX 4622<br>Houston, Texas<br>77210-4622 | **Delinquent Property Tax Statement** | **Delinquent Property Tax Statement**<br><br>Current As Of<br><br>April 12, 2006<br><br>**Account Number**<br><br>086-125-000-0007 |
|---|---|---|

**HICKS JEANIE M**
4403 EBBTIDE DR
HOUSTON, TX
77045-4219

Penalties and interest figured for April, 2006

| Year | Tax | Pen. & Int. | 33.07 Pen. | Total Due | Property Description |
|---|---|---|---|---|---|
| 2004 | 0.02 | 0.00 | 0.00 | $0.02 | LT 7 BLK 8 PAMELA HEIGHTS SEC 1<br>.1569 AC<br>4403 EBBTIDE DR 77045 |
| **Total Due >>>** | | | | **$0.02** | |

**Jurisdictions Billed on This Statement**

| 040 | County & County-Wide |
| 061 | City of Houston |
| 048 | Houston Community College System |

Search Delinquent Tax

H2b

http://www.hctax.net/propertytax/deltax/DelStatement.asp?Account=0861250000007          4/11/2006

# DUPLICATE TAX RECEIPT



ANN HARRIS BENNETT
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON, SUITE 100
HOUSTON, TEXAS 77002

Certified Owner:

HICKS JEANIE M
4403 EBBTIDE DR
HOUSTON, , TX 77045-4219

Legal Description:
LT 7 BLK 8
PAMELA HEIGHTS SEC 1

Parcel Address: 4403 EBBTIDE DR
Legal Acres: 0.0000

Remit Seq No: 33726570
Receipt Date: 04/26/2006
Deposit Date: 04/27/2006
Print Date: 09/03/2020 03:38 PM
Printed By: CTORRES

Deposit No: I0426062
Validation No: 32585336
Account No: **086-125-000-0007**
Operator Code: BEASTER

| Year | Tax Unit Name | Rec Type | Tax Value | Tax Rate | Levy Paid | P&I | Coll Fee Paid | Total |
|---|---|---|---|---|---|---|---|---|
| 004 | Harris County | TL | 56,880 | 0.399860 | 0.01 | 0.00 | 0.00 | 0.01 |
| 004 | City Of Houston | TL | 56,880 | 0.650000 | 0.01 | 0.00 | 0.00 | 0.01 |
| | | | | | $0.02 | $0.00 | $0.00 | $0.02 |

Check Number(s):

Exemptions on this property:
CAPPED
OVER 65
HOMESTEAD

PAYMENT TYPE:

Cash: $0.02

Total Applied: $0.02

Change Paid: $0.00

Account No: 086-125-000-0007

*ACCOUNT PAID IN FULL*

Page 1 of 1
21.1.206



# Transaction History

## Mortgage History

### 1st Mortgage Details

| | | |
|---|---|---|
| Mtg. Date : | 03/21/2006 | 06/10/2005 |
| Mtg. Amt : | $15,000 | $64,000 |
| Mtg. Doc. No : | Z170534 | Y529994 |
| Doc. Type : | DEED OF TRUST | DEED OF TRUST |
| Loan Type : | ~~CONVENTIONAL~~ *Home Equity* | CONVENTIONAL |
| Mtg. Rate Type : | | ADJUSTABLE INT RATE LOAN |
| Mtg. Term : | 15 Years | 30 Years |
| Mtg. Rate : | | 8.34 |
| Lender : | Citicorp Tr Bk Fsb | Home123 Corp |
| Borrower 1 : | Hicks Jeanie M | Jones Yolanda |
| Borrower 2 : | | |
| Borrower 3 : | | |
| Borrower 4 : | | |

## Foreclosure History

| | |
|---|---|
| Doc Type : | APPOINT OF SUBSTITUTE TRUSTEE |
| Recording Date : | 03/30/2016 |
| Fore. Doc. No : | 129827 |
| Orig Mtg Amt : | $15,000 |
| Orig Doc Date : | 03/14/2006 |
| Lender Name : | *Other Institutional Lenders |

Customer Name : Daniel Nicholson
Customer Company Name : Loan Officers
Prepared On : 09/26/2016

AAG American Advisors Group
© 2016 CoreLogic. All rights reserved
Note: Refer to the property reports recorded documents.



# MIKE SULLIVAN
Tax Assessor-Collector
www.hctax.net

*[handwritten notes in right margin:]*
*C____ 10/01/15, left message*
*Called 11/1/15 and left message*
*Called 11/12/15 left message*
*Called 3/1/16*
*Called 3/7/16; left message*

September 8, 2015

Ms. Jeanie M. Hicks.
4403 Ebbtide Dr.
Houston, TX 77045-4219

RE: CAD Account 086-125-000-0007

Greetings Mr. Hicks,

Thank you again for your telephone calls, personal visits, and patience, as well as for providing our office an opportunity to conduct an audit that was long overdue. Thank you too for providing all of the documentation that you provided and for providing the explanation inclusive of notes and memos from current and former staff members.

By virtue of this letter I wanted to document and ensure to you that we will within one to 30 days complete the administrative adjustments, and then make available to you a refund for an amount of $3,085.56 as promised.

If we can be of further service please do not hesitate to contact our office.

Respectfully,

*[signature]*

**David W. Proctor**
Manager Jurisdiction Support
Property Tax Division
Office of Mike Sullivan
Tax Assessor-Collector
Phone: 713-274-8171



CitiMortgage



*[handwritten: Jeff Jasper / "Cannot access my acct." / 855-3??-44??]*

www.citimortgage.com

May 16, 2016

JEANIE M HICKS
4403 EBBTIDE DR
HOUSTON, TX 77045-4219

Dear CitiMortgage Customer:

During a recent review of your account, we contacted Harris County and confirmed there is a tax overpayment in the amount of $3,085.56 available for refund. On May 16, 2016, we requested the refund from Harris County be sent to CitiMortgage, Inc.

If you have any further questions, you may visit our website at www.citimortgage.com or access our Automated Account Information Line, which is available 24 hours a day at 1-800-283-7918*. Representatives are available Monday through Friday from 8:00 a.m. to 10:00 p.m., ET, and Saturday from 8:00 a.m. to 6:00 p.m., ET. To access TTY Services, dial 711 from the United States or Dial 1-866-280-2050 from Puerto Rico. When you contact us, please refer to your mortgage account number, 2001399480.

We value your business and look forward to serving your financial needs in the future.

Sincerely,

Tax Department

To the extent your obligation has been discharged, or is subject to an automatic stay of bankruptcy order under Title 11 of the United States Code, this notice is for compliance and informational purposes only and does not constitute a demand for payment or an attempt to collect any such obligation.

*[handwritten: Did you (CM) receive the check? If so, please let me know so that I can stop pursuing HC tax office. Also, you can deduct this amt from the Principal balance.]*

© 2015 CitiMortgage, Inc. CitiMortgage, Inc. is an equal housing lender. *Calls are randomly monitored and recorded for quality assurance. CitiMortgage is a debt collector and any information obtained will be used for that purpose.

June 19, 2017

Jeanie Hicks
Loan Number 2001399480
4403 Ebbtide Dr.
Houston, TX 77045

Dear Sirs:

This letter represents a written notice of error during the origination and entire life of the contractual loan agreement since May 2006.

First of all, I am requesting cancellation of the foreclosure/sale of my property due to the following reasons:

1. I have questions regarding the refund in the amount of $5.31 dated May 4, 2017 that was sent to me as overpayment in 2011.
2. At the origination of the loan in the amount of $15,000 in May 2006, a refund of $5,285.66 was to be handed directly to me at the closing. I am still waiting to receive it. (Documents of proof were faxed to CITI's research team.)
3. As stated in the original contract, I was supposed to be responsible for paying my own taxes, but it appears that we both were paying my taxes, resulting in an increase in my escrow.
4. Additionally, according to public records, a loan in the amount of $64,000 was fraudulently placed on my property on June 10, 2005 by Yolanda Jones; my loan was March 21, 2006 (less than a year. According to HUD guidelines, this is a violation.

Therefore, for these and many more errors that took place during this contractual loan, I am requesting that this letter of error be accepted as forgiveness of my loan.

Please respond.

*Jeanie Hicks*
Jeanie Hicks